

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00205-CR

Juan Carlos **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2010 CRB 001162 L2
Honorable Jesus Garza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 11, 2014.

_____
Marialyn Barnard, Justice